NUMBER 13-07-142-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


DONALD RAY McCRAY, Appellant,


v.



MITCHELL REID, ET AL., Appellees.

____________________________________________________________

 

On appeal from the 343rd District Court


of San Patricio County, Texas.


____________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, DONALD RAY McCRAY, attempted to perfect an appeal from an order
entered by the 343rd District Court of San Patricio County, Texas, in cause number S-06-5384-CV-C. 

 Upon review of the documents received in this cause, it appeared that the order
from which this appeal was taken was not a final appealable order. Additionally, it
appeared that the notice of appeal was not timely filed. Pursuant to Tex. R. App. P. 42.3,
notice of these defects was given so that steps could be taken to correct the defects, if it
could be done. Appellant was advised that, if the defects were not corrected within ten
days from the date of receipt of this notice, the appeal would be dismissed for want of
jurisdiction. Appellant failed to file a response as requested by this Court's notice. 

 The Court, having considered the documents on file and appellant's failure to
respond to this Court's notice, is of the opinion that the appeal should be dismissed for
want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM


Memorandum Opinion delivered and filed this

the 24th day of May, 2007.